# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3285
_____

STEPHEN WAYNE GOOCH,

Petitioner,

v.

LISA MARIE COWAN,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceeding.

June 18, 2025

PER CURIAM.

The court treats this appeal as a petition for writ of mandamus and grants it. The petitioner has demonstrated a clear legal right to a hearing on his petition for modification of timesharing as it pertains to his phone-call and correspondence privileges regarding his child. The petitioner having otherwise shown entitlement to mandamus, the court issues the writ. The trial court must hold a hearing as described herein. *Cf. Johnson v. Johnson*, 783 So. 2d 326 (Fla. 1st DCA 2001).

PETITION GRANTED.

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Stephen Wayne Gooch, pro se, Petitioner.

No Appearance for Respondent.